# BakerHostetler

Baker&Hostetler LLP

SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432

T 407.649.4000
F 407.841.0168
www.bakerlaw.com

Patrick M. Muldowney
direct dial: 407.649.4002
pmuldowney@bakerlaw.com

September 13, 2017

**VIA ECF**

The Honorable Debra C. Freeman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17A
New York, NY 10007-1312

   Re: *Duran v. A&E Real Estate Holdings LLC et al.*, Case No. 1:17-cv-00237

Dear Judge Freeman:

Pursuant to the August 22, 2017 hearing regarding the parties' originally submitted settlement agreement, Defendants write jointly with Plaintiff to submit the Amended Settlement Agreement and Release ("Agreement"). A copy of the Agreement is attached hereto as "Exhibit A."

As Your Honor is aware, at the August 22 hearing, the Court indicated that it would not approve the originally submitted settlement agreement because it contained a general release and a confidentiality provision. In response to the Court's pronouncement, Defendants agreed to amend the originally submitted settlement agreement by narrowing the scope of the release to one relating to claims that were or could have been brought in the instant matter, and by deleting the provision relating to confidentiality. The attached Agreement reflects both amendments. Specifically, paragraph 3 of the Agreement contains the narrowed release, and paragraph 7 of the original settlement agreement (which contained the confidentiality provision) has been deleted in its entirety. There has been no reduction in the amounts being paid to Plaintiff and his counsel from the original settlement agreement.

As stated in more detail in the letter that accompanied the original settlement agreement (ECF No. 30), the negotiated settlement – reached after extensive settlement discussions – is fair and reasonable. Therefore, for the reasons stated in the parties' previous letter and herein, we respectfully ask the Court to approve the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The Honorable Debra C. Freemen
September 13, 2017
Page 2

Should Your Honor have any questions or concerns regarding this settlement, the parties are happy to address them. The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/Michael Faillace                              /s/Patrick M. Muldowney
Michael Faillace                                  Patrick M. Muldowney
MICHAEL FAILLACE & ASSOCIATES, P.C.               BAKER & HOSTETLER LLP
Attorneys for the Plaintiff                       Attorney for Defendant


Enclosure

611309548.1